JUDGE HERB ROSS (Recalled)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office: 907-271-2655 (1-800-859-8059 In-State) — Judge's Fax: 907-271-2692

**Filed On 12/28/11**

In re

BRAYTON INVESTMENT, LLC,

          Debtor(s)

Case No. A10-00515-HAR
In Chapter 7

**MEMORANDUM RE DENIAL OF McCREADY MOTION FOR RECONSIDERATION**

At oral argument on December 28, 2011, Suzan asked the court to reexamine her argument that had the Wikas accepted Suzan's last offer, in about September or October of 2009, the chapter 7 and heavy transaction costs would have been avoided. She posits the following: [1]

| | |
|---|---:|
| Remaining Balance Due as calculated | $186,394 |
| Plus duplex sale price net proceeds | $398,239 |
| Plus 3B sale price net proceeds | $596,693 |
| Less 3B commission | ($36,000) |
| Total | $1,145,326 |

The total has been increased, however, by $18,215.65 by granting the Wikas' motion for reconsideration,[2] so the $186,394.65 figure is now $204,610.32. And, it may increase further if attorney fees are granted to the Wikas in an upcoming hearing.

---

[1] *See*, *Motion for Reconsideration*, Docket No. 228, at page 4.

[2] Docket No. 226 (denominated a motion to supplement the record).

Page 1 of 2

The last offer of Suzan was only $1.1 million[3] (with some contingencies); close, but significantly less than the amount needed to exercise the option, even as Suzan interprets it.

DATED: December 28, 2011

      /s/ Herb Ross
      HERB ROSS
      U.S. Bankruptcy Judge

Serve:
David Bundy, Esq., for Suzan McCready
William Artus, Esq., for Gregory and Cheryl-Ann Wika
Gary Spraker, Esq., for the trustee
Robert Hume, Esq., for Jean Hebert
Kenneth Battley, Trustee
United States Trustee- Anchorage

12/28/2011      D7533

---

[3] Trial Exhibit T, a September 2, 2009, letter from Michael Brain to William Artus.

MEMORANDUM RE DENIAL OF McCREADY
MOTION FOR RECONSIDERATION      Page 2 of 2