JUDGE HERB ROSS (Recalled)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office: 907-271-2655 (1-800-859-8059 In-State) — Judge's Fax: 907-271-2692

**Filed On
2/7/12**

In re

BRAYTON INVESTMENT, LLC,

Debtor(s)

Case No. A10-00515-HAR
In Chapter 7

CORRECTION TO MEMORANDUM DECISION REGARDING ALLOWANCE OF ATTORNEY FEES FOR PROOF OF CLAIM NO. 1

In its *Memorandum Decision Regarding Allowance of Attorney Fees as Part of the Wikas' Secured Proof of Claim No. 1*, the court said the Settlement Agreement does not contain an express requirement of "reasonableness" with respect to the Wikas' attorney fees (Docket No. 261, Section 2.1). That was a mistake. Paragraph 15 of the Settlement Agreement does contain a requirement that they be "reasonable." *See*, page 5 of the memorandum decision.

DATED: February 7, 2012

                                                               /s/ Herb Ross
                                                              HERB ROSS
                                                      U.S. Bankruptcy Judge

Serve:
William Artus, Esq., for Gregory and Cheryl-Ann Wika
David Bundy, Esq., for Suzan McCready
Gary Spraker, Esq., for the trustee
Robert Hume, Esq., for Jean Hebert
Kenneth Battley, Trustee
United States Trustee- Anchorage

       2/7/12